UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BALVINDER SINGH,

                Petitioner,

    v.

BRUCE SCOTT ET AL. ,

                Respondents.

Case No. C26-0388-SKV

ORDER EXTENDING TEMPORARY
RESTRAINING ORDER

The Temporary Restraining Order at Docket No. 3 prohibiting removal of Petitioner from the United States or the Western District of Washington shall remain in effect until further order by this Court.

Dated this 25th day of February, 2026.

                                _____

                                S. KATE VAUGHAN
                                United States Magistrate Judge

ORDER EXTENDING TEMPORARY
RESTRAINING ORDER - 1